ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

NEW YORK HELICOPTER CHARTER, INC.,

V.

AIR PEGASUS HELIPORT, INC.,
ALVIN TRENK, and, ZIP AVIATION LLC,

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CIV 7412

TO: (Name and address of Defendant)

Air Pegasus Heliport, Inc.
101 Eisenhower Parkway,
Roseland, NJ 07068

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Brockett
Sami H. Rashid
Quinn Emanuel Urqhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100
Email: danbrockett@quinnemanuel.com
        samirashid@quinnemanuel.com

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 2 1 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/22/08 @ 4:05 PM |
| NAME OF SERVER *(PRINT)*<br>MICHAEL MELLILO SR. | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 101 EISENHOWER PKWY
ROSELAND, N.J. 07068

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: MICHAEL LEWIS
  AUTHORIZED TO ACCEPT SERVICE

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/08
                Date

*Signature of Server*

MICHAEL MELLILO, SR
47 BLOOMFIELD AVE, CALDWELL, NJ 07006

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.