AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Southern District of New York

NEW YORK HELICOPTER CHARTER, INC.,

V.

AIR PEGASUS HELIPORT, INC.,
ALVIN TRENK, and, ZIP AVIATION LLC,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 7412

TO: (Name and address of Defendant)

Zip Aviation LLC
136 Tower Road
Hangar M
White Plains, NY 10604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Brockett
Sami H. Rashid
Quinn Emanuel Urqhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
       samirashid@quinnemanuel.com

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AUG 21 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/22/08 @ 1:14PM |
| NAME OF SERVER (PRINT) ROBERT CRANDALL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 136 TOWER RD., HANGAR M, WHITE PLAINS, NY 10604

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JANETTE SMITH (MANAGING AGENT) AUTHORIZED TO ACCEPT SERVICE

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/08
          Date

*Signature of Server*

ROBERT CRANDALL # 0955171

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.